

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KHAYR ROOKS, ) | | Civil Action No. 7:13cv00117 |
| Petitioner, ) | | |
| ) | | |
| v. ) | | **FINAL ORDER** |
| ) | | |
| WARDEN EDDIE L. PEARSON, ) | | By: Samuel G. Wilson |
| Respondents. ) | | United States District Judge |

In accordance with the memorandum opinion and order entered this day, it is hereby

**ORDERED**

that the above-referenced action shall be **DISMISSED without prejudice** and the Clerk is **DIRECTED** to **TERMINATE** the action from the active docket of the court. Further, Rooks' motion for an extension of time (ECF No. 2) is **DENIED** and his motion for leave to proceed *in forma pauperis* (ECF No. 4) is **DENIED as moot**.

Further, finding that Rooks has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 25th day of March, 2013.

United States District Judge